```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

**UNITED STATES OF AMERICA**

**v.**                                                      **CRIMINAL NO. 1:95-00072-07**

**WILLIAM HASKINS**

## MEMORANDUM OPINION AND ORDER

As an alternative to his motion for a reduction in his term of supervised release under the First Step Act, defendant asked the court to consider early termination of his term of supervised release under 18 U.S.C. § 3583(e)(1). Yesterday, the court granted defendant's request for release under the First Step Act and reduced his term of supervised release on Count Twenty-Four to three years.

18 U.S.C. § 3583(e)(1) provides in pertinent part:

> The court may, after considering the factors set forth in section 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

Given the reduction of his term of supervised release under the First Step Act, defendant is currently serving a three-year term of supervised release on all counts. According to his filings and his probation officer, he has successfully completed more than two-thirds of that term. The court has considered

defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office. The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing and pursuant to 18 U.S.C. § 3583(e)(1), it is therefore **ORDERED** that defendant be released from his term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 12th day of May, 2020.

ENTER:

David A. Faber
Senior United States District Judge